**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

  **Plaintiff,**

**v.**            **Case No. 8:17-cr–238-T-33AAS**

**CARLOS PEREZ,**
**JESUS OCHOA, and**
**LUIS ENRIQUE CASTRO,**

  **Defendants,**
                /

**UNITED STATES OF AMERICA,**

  **Plaintiff,**

**v.**            **Case No. 8:17-cr–239-T-27AEP**

**DEVIN FABIAN COLLINS,**

  **Defendant,**
                /

## ORDER DISCHARGING and RECALLING ARREST WARRANTS

This matter if before the Court *sua sponte*. On May 17, 2017, Indictments were presented to the Court in each of the above styled matters. Upon review and acceptance by the Court, each Indictment was docketed and an arrest warrant issued from the Clerk of Court. On May 18, 2017, the Court was advised that the indictments were improvidently presented to the Court.[1] To correct any error, each matter was again presented to a grand jury and Indictments

---

[1] It appears that a grand juror unwittingly voted in each matter after the presiding district judge had excused her from further service.

were again presented and reviewed by the Court. Upon review and acceptance, each Indictment was docketed and arrest warrants were again issued.

The Court is now advised that the U.S. Attorney is preparing the appropriate pleading to dismiss the original Indictments in each case. Notwithstanding that action, the original arrest warrants issued on those Indictments need to be addressed. Since it appears inappropriate in the circumstances that the original arrest warrants be executed, the Court hereby **Orders** and **Directs** that the original arrest warrant in each case is **recalled** and **hereby discharged.**

**Done and Ordered** in Tampa, Florida, this 19th day of May, 2017.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE