UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-238-T-33AAS

CARLOS PEREZ,
JESUS OCHOA, and
LUIS ENRIQUE CASTRO.

## MOTION TO SEAL

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, moves this Court to seal Attachment A of the Government's Request for Leave to Dismiss Indictment.

The sealing of Attachment A is requested in order to safeguard from public scrutiny certain sensitive information which would come to light were the proceedings to become public knowledge either by way of reports published in

the media, or otherwise.

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

By: /s/ Rachelle Devany Beske
for DIEGO F. NOVAES
Assistant United States Attorney
Florida Bar No. 0107376
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Diego.novaes@usdoj.gov