# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           CASE NO. 8:17-cr-238-T-33AAS

CARLOS PEREZ,
JESUS OCHOA, and
LUIS ENRIQUE CASTRO.

## REQUEST FOR LEAVE TO DISMISS INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Indictment in this case, without prejudice. The reasons supporting this request are provided in Attachment A. Because Attachment A contains disclosures relating to proceedings of the grand jury, the United States requests permission to file it under seal.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Indictment against Defendants CARLOS PEREZ, JESUS OCHOA, and LUIS ENRIQUE CASTRO, in the

above-captioned case, without prejudice, and direct the Clerk of Court to close this case as to said defendants.

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
for Diego F. Novaes
Assistant United States Attorney
Florida Bar No. 0107376
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
Email: Diego.novaes@usdoj.gov