FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2017 MAY 22 PM 2: 56

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-238-T-33AAS

CARLOS PEREZ,
JESUS OCHOA, and
LUIS ENRIQUE CASTRO.

### ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendants CARLOS PEREZ, JESUS OCHOA, and LUIS ENRIQUE CASTRO, without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendants CARLOS PEREZ, JESUS OCHOA, and LUIS ENRIQUE CASTRO, in the above-captioned case, without prejudice. The Clerk of Court is directed to close this case as to Defendants CARLOS PEREZ, JESUS OCHOA, and LUIS ENRIQUE CASTRO.

Dated: May 20, 2017

VIRGINIA M. HERNANDEZ COVINGTON
United States District Judge